*Order Entered February 15, 2006:*

PEOPLE V MELTON, Docket No. 257036. The Court orders that a special panel be convened pursuant to MCR 7.215(J) to resolve the conflict between this case and *People v Knowles,* 256 Mich App 53, 61-63; 662 NW2d 824 (2003).

The Court further orders that part III of the opinion released on January 24, 2006, which addresses the scoring of offense variable 9, is vacated. MCR 7.215(J)(5).

Appellant may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellee may file a supplemental brief within 21 days of service of appellant's brief. Nine copies must be filed with the Clerk of the Court.

*Order Entered February 23, 2006:*

MULLINS V ST JOSEPH MERCY HOSPITAL, Docket No. 263210. The Court orders that a special panel shall be convened in accordance with MCR 7.215(J) to resolve the conflict between this case and *Ousley v McLaren,* 264 Mich App 486 (2004).

The Court further orders that part III of the opinion released on January 31, 2006, which addresses the retroactive application of *Waltz v Wyse,* 469 Mich 642 (2004), is vacated. MCR 7.215(J)(5).

Appellants may file a supplemental brief within 21 days of the Clerk's certification of this order. Appellee may file a supplemental brief within 21 days of service of appellant's brief. Nine copies must be filed with the Clerk of the Court.